STATE OF NEW JERSEY v. MELVIN C. CLARK.

May 18, 1982.

Petition for certification denied.

ROBERT L. PORTER v. JACQUELINE LEWIS.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MARTIN HARRIS.

May 18, 1982.

Certification granted, and the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Superior Court, Law Division, Atlantic County for resentencing in light of *State v. Irby Butler*, 89 *N.J.* 220 (1982). Jurisdiction is not retained.

ARTHUR L. CLAY v. CITY OF EAST ORANGE.

May 18, 1982.

Petition for certification granted. (See 181 *N.J.Super.* 40)